No. 77–6238.  SHERIDAN *v.* ILLINOIS.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 77–6239.  ROBINSON *v.* FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 77–6241.  GABLE *v.* MASSEY, CORRECTIONAL SUPER-INTENDENT.  C. A. 5th Cir.  Certiorari denied.

No. 77–6242.  MARTIN *v.* WYRICK, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 77–6253.  HARRIS *v.* CHASE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 77–6254.  MARCUS *v.* McGINNIS, CORRECTIONS COM-MISSIONER.  C. A. 2d Cir.  Certiorari denied.

No. 77–6256.  BACKUS *v.* FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 77–6258.  JACKSON *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 77–6260.  McKINLEY *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 77–6263.  EVANS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 77–6271.  McGOWAN *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 77–6276.  PHILLIPS *v.* OLIAN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 77–6277.  HOWARD *v.* WYRICK, WARDEN.  C. A. 8th Cir.  Certiorari denied.